IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON MORRALL, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00072-TES-CHW |
| | * |
| MRS BRUCE et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 5/6/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of May, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk